**2100 B (12/15)**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA
## Case No. 15-23676-GLT
## Chapter 13

In re: Debtor(s) (including Name and Address)

Ronald E. Fulton
1533 East Ntional Pike
Scenery Hill PA 15360

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/19/2017.

Name and Address of Alleged Transferor(s):

Claim No. 3: FHLMC VPC 198746, c/o Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675

Name and Address of Transferee:

New Penn Financial, LLC
d/b/a Shellpoint Mortgage Servicing
P.O. Box 10675
Greenville, SC 29603-0675

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/21/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Ronald E. Fulton
       Debtor

Case No. 15-23676-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin      Page 1 of 1      Date Rcvd: Jul 19, 2017
                     Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2017.
14660556         FHLMC VPC 198746,    c/o Shellpoint Mortgage Servicing,    P.O. Box 10675,
               Greenville, SC 29603-0675

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017                                  Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2017 at the address(es) listed below:
         David A. Rice    on behalf of Debtor Ronald E. Fulton ricelawl@verizon.net,   lowdenscott@gmail.com
         James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
         Joshua I. Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Scott R. Lowden    on behalf of Debtor Ronald E. Fulton niclowlgl@comcast.net
                                                            TOTAL: 6