IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Ronald E. Fulton                          :        Case No. 15-23676GLT
                                          :        Chapter 13
            Debtor(s)                     :
Ronda J. Winnecour, Trustee               :
                                          :        Re Claim 3
            Movant(s)                     :        Doc. #40
                                          :
            vs.                           :
Ditech Financial LLC f/k/a Green Tree     :
Servicing LLC                             :        Hearing Date
            Respondent(s)

CERTIFICATION OF NO OBJECTION REGARDING
TRUSTEE'S OBJECTION TO TRANSFER OF CLAIM

        The undersigned hereby certifies that as of the date hereof, no answer,
objection or other responsive pleading to the Trustee's MOTION filed on August
16, 2017 has been received.  The undersigned further certifies that the Court's
docket in this case has been reviewed and no answer, objection or other
responsive pleading to the Trustee's objection appears thereon.  Pursuant to the
Notice of Hearing, responses were to be filed and served no later than
September 16, 2017.


9/21/2017                          /s/ Ronda J. Winnecour
Date                               Ronda J. Winnecour
                                   Chapter 12 Trustee PA I.D.#30399
                                   U.S. Steel Tower- Suite 3250
                                   600 Grant Street
                                   Pittsburgh PA  15219
                                   cmecf@chapter13trusteewdpa.com