FILED
9/22/17 10:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Ronald E. Fulton | : | Case No. 15-23676GLT |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Re Claim 3 |
| Movant(s) | : | Doc. #44 |
| | : | |
| vs. | : | |
| Ditech Financial LLC f/k/a Green Tree | : | |
| Servicing LLC | : | Hearing Date |
| Respondent(s) | | |

**ORDER**

AND NOW, this __22nd__ day of __September__, 2017, upon consideration of Trustee's Objection to Transfer of Claim, it is hereby

ORDERED, that the Transfer of Claim Doc. #40 is hereby disallowed. It is further

ORDERED, that the Respondent may not impose any additional fees, charges, or interest. It is further

ORDERED, that the Court shall not award any fees, costs, or charges associated with defending this objection.

Prepared by: __Jana Pail, Esq.__

**DEFAULT ENTRY**

Dated: September 22, 2017

Gregory Taddonio    hct
United States Bankruptcy Judge

cm: Jana Pail, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-23676-GLT
Ronald E. Fulton                                                          Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin              Page 1 of 1              Date Rcvd: Sep 22, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2017.
        +Jana S Pail,    US Steel Tower   Suite 3250,    600 Grant Street,    Pittsburgh, PA 15219-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2017 at the address(es) listed below:
      David A. Rice    on behalf of Debtor Ronald E. Fulton ricelaw1@verizon.net,   lowdenscott@gmail.com
      James   Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
      Joshua I. Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Scott R. Lowden    on behalf of Debtor Ronald E. Fulton niclowlgl@comcast.net
                                                                                                                                 TOTAL: 6