IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 15-23676 GLT |
| Ronald E. Fulton | ) | |
| | ) | |
| Debtor (s) | ) | |
| | ) | Chapter 13 |
| Ronald E. Fulton | ) | |
| | ) | |
| | ) | Related to Doc No. 49 |
| Movant(s) | ) | |
| v. | ) | Related to Claim No. 3 |
| New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing | ) | |
| | ) | Hearing: 12/19/18 at 9:00 AM |
| Respondent(s) | ) | |

**CERTIFICATION OF NO RESPONSE REGARDING OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the *Objection* filed on **October 31, 2018** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the *Objection* appears thereon. Pursuant to the *Notice of Hearing with Response Deadline*, responses to the Motion were to be filed and served no later than **November 17, 2018**.

It is hereby respectfully requested that the Order attached be entered by the Court.

Dated: November 20, 2018

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
Rice & Associates Law Firm
15 W. Beau Street
Washington, PA 15301
(412) 374-7161
lowdenscott@gmail.com
PA. ID 72116