IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                              )
                                                    )        Bankruptcy No. 15-23676 GLT
Ronald E. Fulton                                    )
                                                    )
                         Debtor (s)                 )
                                                    )        Chapter  13
Scott R. Lowden, Esquire                            )
                         Applicant(s)               )
          v.                                        )        Doc. No.
No Respondent                                       )
                         Respondent(s) )

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL
FEES IN CHAPTER 13 ON BEHALF OF SCOTT R. LOWDEN, ESQ.
TO THE RESPONDENTS:**

1.      Applicant represents the Debtor(s).

2.      This is an interim application for the period from 9/28/2015 to 12/19/2018.

3.      Previous retainer paid to Applicant: $1,000.00.

4.      Previous compensation allowed to Applicant by the Chapter 13 Trustee (not
including the retainer) is $3,000.00.   Includes amount of $3,000.00 of the retainer
balance in the original plan dated  10/7/2015 (allowed by the no-look fee as of filing
date).

5.      Applicant requests additional compensation for Fees in the amount of $1,340.00
and Expenses in the amount of $36.80.

6.      A hearing on the Application will be held in Courtroom **"A",** 54th Floor, US Steel
Tower, 600 Grant Street, Pittsburgh, PA 15219 on **February 13, 2019 at 10:30 AM**.
Parties in interest may attend and object.

7.      Any written objections must be filed with the court and served upon the Applicant
on or before **January 5, 2019**  (seventeen (17) days from the date of this notice).  Copies
of this Application are available from the Applicant.

Date of service:  December 19, 2018          /s/ Scott R. Lowden
                                             Scott R. Lowden, Esq., PAID 72116
                                             Rice & Associates Law Firm
                                             15 W. Beau St., Washington, PA 15301
                                             412-374-7161,  lowdenscott@gmail.com