IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/16/19 12:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
RONALD E. FULTON

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:15-23676

Chapter 13

Related to Dkt. No. 67

ORDER OF COURT

AND NOW, this __16th__ day of __April__, 20_19_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE   jah

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 15-23676-GLT
Ronald E. Fulton                                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: lfin            Page 1 of 1            Date Rcvd: Apr 16, 2019
                          Form ID: pdf900        Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2019.
```
db             +Ronald E. Fulton,    1533 East Ntional Pike,    Scenery Hill, PA 15360-9760
cr              New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                 Greenville, SC  29603-0675
14118317        Ditech Financial LLC,    345 St Peter Street,    1100 Landmark Towers,    Saint Paul, MN 55102
14175430        Ditech Financial LLC fka Greentree Servicing LLC,    P.O. Box 44265,
                 Jacksonville, FL 32231-4265
14660556        FHLMC VPC 198746,    c/o Shellpoint Mortgage Servicing,    P.O. Box 10675,
                 Greenville, SC 29603-0675
14661705        New Penn Financial, LLC,    d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10675,
                 Greenville, SC 29603-0675
14174527       +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
14118318     ++++PNC MORTGAGE,    100 S COMMONS STE 116,    PITTSBURGH PA  15212-5356
                (address filed with court: PNC Mortgage,    116 Allegheny Center Mall,    Pittsburgh, PA 15212)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Ditech Financial LLC
cr*             FHLMC VPC 198746,   c/o Shellpoint Mortgage Servicing,    P.O. Box 10675,
                 Greenville, SC  29603-0675
```
                                                                                                                  TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2019 at the address(es) listed below:
```
              David A. Rice    on behalf of Debtor Ronald E. Fulton ricelaw1@verizon.net, lowdenscott@gmail.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Debtor Ronald E. Fulton niclowlgl@comcast.net
                                                                                             TOTAL: 6
```